UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAKEEL BAIG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 1:15-cv-382-WTL-DML |
| | ) |
| STATE OF INDIANA, DEPARTMENT OF TRANSPORTATION, | ) ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The Court having granted the Defendant's motion for summary judgment, judgment is hereby **ENTERED** in favor of the Defendant and against the Plaintiff on all claims.

**SO ORDERED: 3/29/17**

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification